AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 14-mj-70066 PSG |
| Minerva Sanchez ) | |
| ) | Charging District: Eastern District of California |
| _Defendant_ ) | Charging District's Case No. 13CR000438 AWI BAM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>2500 Tulare Street<br>Fresno, CA 93721 | Courtroom No.: Duty Magistrate Judge |
| | Date and Time: 2/10/2014 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1.22.14

_____
Judge's signature

Paul S. Grewal, Magistrate Judge
_Printed name and title_



FILED
JAN 22 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA